UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHARFUN NISHA HAFIZ,

    Plaintiff,

    v.

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

No. C 14-0031 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to Magistrate Judge Laurel Beeler for consideration of whether the case is related to Hafiz v. Nationstar Mortgage, C-14-0015 LB, a case involving the same property and the same parties – both of which have consented to the jurisdiction of Magistrate Judge Beeler – and asserting some of the same causes of action.

**IT IS SO ORDERED.**

Dated: March 20, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge